AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**
May 26, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Melanie Miller_
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>CLIFFORD HOPKINS<br><br>*Defendant(s)* | Case No. **W22-116M** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 17, 2022** in the county of **McLennan** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751 | Escape |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_/s/ Earvin Missick_
Complainant's signature

EARVIN MISSICK, Investigator USMS
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/26/2022

_/s/ Jeffrey C. Manske_
Judge's signature

City and state: Waco, Texas

JEFFREY C. MANSKE, US Magistrate Judge
Printed name and title

<u>AFFIDAVIT</u>
United States of America
vs.
Clifford Hopkins

Affiant, Earvin Missick, being duly sworn, do hereby depose and state that I am a Deputy US Marshal, authorized to enforce the laws of the United States of America, including but not limited to, the investigations to locate and apprehend federal fugitives.

Affiant has been employed with the United States Marshals Service since 2018 and prior was employed by the United States Border Patrol from August 2010 to February 2018. The Affiant has been a member of the United States Marshals Service for 4 years and have investigated multiple fugitive cases relating to violent crimes. The Affiant has arrested subjects wanted for Murder, Manslaughter, felony assault, assault with intent to kill, felony possession of controlled substance, felony sex offenses, various probation violations, assault, escape, and armed robbery. The Affiant has also interviewed numerous arrestees and subjects regarding violent crimes.

According to conviction documents, on January 23, 2019, CLIFFORD HOPKINS was convicted of 18 USC §§ 922(g)(1), *Possession of A Firearm by a Convicted Felon*, in the Western District of Texas, Waco Division, and sentenced to a term in BOP of 48 months followed by a 3 year of supervised release, $500 Fine, and $100 Special Assessment.

On January 7, 2022, Clifford Hopkins read the Salvation Army Residential Reentry Center (SARRC) Orientation Packet. The packet contains the acknowledgement of custody which stated: Public Law 89-176, 89th Congress. H.R. 6964, September 10,1965, amends Section (d) of Section 4082 of Title 18, United States code as follows: "The willful failure of a prisoner to remain within the extended limits of his confinement, or to return with the time prescribed to an institution or facility designed by the Attorney general, shall be deemed an escape from custody of the Attorney General, punishable as provide in Chapter 35 of this title."

CLIFFORD HOPKINS signed documentation acknowledging that he understood that if he did not report or remain at his designation facility or home, it shall be deemed as an escape from custody of the Attorney General, punishable as provided in Section 751 of Title 18, United States Code.

On October 20, 2021, Hopkins transferred from USP Beaumont, arriving at the Salvation Army Center in Waco, Texas. HOPKINS had a RRC placement duration of 252 days and was scheduled to release via Good Conduct Time on June 28, 2022. He has 3 years of supervised release to follow.

Details of Escape: At approximately 9:15AM on May 17, 2022, HOPKINS, who is on Home Confinement, was contacted and told to return to the RRC by 2:00 PM due to his Urine Analysis being positive for cocaine. At 2:05 PM, HOPKINS still had not arrived at the RRC. His ankle monitor showed a tamper alert and GPS showed the monitor was at his residence. Attempts were made to contact HOPKINS, but he did not answer his phone.

The following day Affiant traveled to the location where the GPS monitor was indicating the device was. At the location Affiant discovered the ankle monitor had been cut and was in the grass off to the side.

RRC staff contacted the RRM at 2:55pm. USMS was notified May 17, 2022, at 4:10pm.VNS Notifications are NOT required.

There has been no known media attention given to this case.

As of this date, CLIFFORD HOPKINS has not reported to The Salvation Army RRC Waco, Texas. HOPKINS' current whereabouts are unknown. Your affiant requests a warrant for arrest be issued for CLIFFORD HOPKINS for violation of 18 U.S.C. § 751, *Escape of Prisoner in Custody of Institution or Officer*.

_____
EARVIN MISSICK, Investigator
United States Marshals Service

SWORN TO AND SUBSCRIBED before me on the 26 day of May, 2022.

_____
JEFFREY C. MANSKE
United States Magistrate Judge